**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hipolito SEGURA–SANCHEZ,**
**Defendant–Appellant**

**No. 15-50337**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/26/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, Diane D. Kirstein, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee

Raymond Meza, Jr., Esq., Counsel, Law Office of Ray Meza, Jr., Del Rio, TX, for Defendant–Appellant

Before JOLLY, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Hipolito Segura–Sanchez appeals the 12–month sentence imposed following the revocation of his supervised release on the grounds that it is procedurally and substantively unreasonable. Review is for plain error because Segura–Sanchez did not object. *See United States v. Whitelaw*, 580 F.3d 256, 259–60 (5th Cir. 2009).

Segura–Sanchez fails to demonstrate any error, plain or otherwise. A district court does not procedurally err by weighing some 18 U.S.C. § 3553(a) factors more

---

heavily than others. *See United States v. Hernandez*, 633 F.3d 370, 375–76 (5th Cir. 2011). His argument fails to rebut the presumption of reasonableness that applies to his consecutive, within-guidelines sentence. *See United States v. Lopez–Velasquez*, 526 F.3d 804, 809 (5th Cir. 2008); *United States v. Candia*, 454 F.3d 468, 473 (5th Cir. 2006); U.S.S.G. § 7B1.3(f) & cmt. n.4.

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.